UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-24906-RNS

JESUS GONZALEZ

      Plaintiff,

vs.

THE SALTY DONUT INC.  and
S MIAMI RETAIL BH LLC

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, JESUS GONZALEZ, and Defendants, THE SALTY DONUT INC. and S MIAMI RETAIL BH LLC, hereby stipulate to the dismissal with prejudice of this civil action.  Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: January 13, 2021

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Sammy Epelbaum* |
| J. Courtney Cunningham, Esq. | Sammy Epelbaum, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | STACK FERNANDEZ & HARRIS, P.A. |
| Fla. Bar No.: 628166 | Fla. Bar No.: 0031524 |
| 8950 SW 74th Court | 1001 Brickell Bay Drive |
| Suite 2201 | Suite 2650 |
| Miami, Florida 33156 | Miami, Florida 33131 |
| Tel: 305-351-2014 | T: 305-371-0001 |
| cc@cunninghampllc.com | sepelbaum@stackfernandez.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants, The Salty Donut Inc. and S Miami Retail BH LLC* |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2021, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system.

/s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.

2