United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jesus Gonzalez, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-24906-Civ-Scola |
| The Salty Donut Inc. and S Miami Retail BH LLC, Defendants. | ) |

## Order of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal with Prejudice, ECF No. 16.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on January 13, 2021.

_____
Robert N. Scola, Jr.
United States District Judge